**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 96-7557**

─────────────

ANTHONY BERNARD PAGE,

                              Plaintiff - Appellant,

        versus

CAPTAIN HOLLOWAY, Shift Commander; JACK LEE,
Assistant Warden; D. TAYLOR, Chairman, ICC;
D. SWISHER, Hearings Officer,

                              Defendants - Appellees,

        and

AUGUSTA CORRECTIONAL CENTER ADMINISTRATIVE
PERSONNEL,

                              Defendants.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge. (CA-95-529-R)

─────────────

Submitted:  July 24, 1997          Decided:  July 31, 1997

─────────────

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Anthony Bernard Page, Appellant Pro Se.  Jill Theresa Bowers, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Page v. Holloway, No. CA-95-529-R (W.D. Va. Sept. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2